**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_Northern_ District of _NJ_
(State)

Case number (if known): _17-22347_   Chapter ____

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2017 JUN 16  P 2: 59

JEANNE A. NAUGHTON
BY: _C. Richards_
DEPUTY CLERK

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | DANIEL VARGA 1309 BERGENLINE, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 46-5468813 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1309 BERGENLINE<br>Number     Street | _____<br>Number     Street |
| | P.O. Box _____ |
| UNION CITY NJ 07087<br>City        State   ZIP Code | _____<br>City        State   ZIP Code |
| HUDSON<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number     Street |
| | _____ |
| | _____<br>City        State   ZIP Code |

5. **Debtor's website (URL)**   _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

Debtor _____1309 BERGENLINE_____   Case number (if known) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*

  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No
- ☑ Yes. District __NJ__   When __5|2|2016__   Case number __16-18621__
                              MM / DD / YYYY

  District _____   When _____   Case number _____
                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____   Relationship _____

  District _____   When _____
                          MM / DD / YYYY

  Case number, if known _____

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 2

Debtor _____1309 Bergenline_____    Case number (if known)_____
     Name

**11. Why is the case filed in _this_ district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
              Number      Street

             _____
             City                State    ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

           Contact name  _____

           Phone        _____

---

███ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49         ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99       ☐ 5,001-10,000    ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000   ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000         ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion
☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000   ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million  ☐ More than $50 billion

Debtor _____1309 BERGANLINE_____    Case number (if known)_____
      Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ☒ I have been authorized to file this petition on behalf of the debtor.

- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
         MM / DD / YYYY

✗ _____    DANISEL VARGA
   Signature of authorized representative of debtor     Printed name

Title _____OWNER (SOLE PROPRIETOR)_____

**18. Signature of attorney**

✗ _____    Date _____
   Signature of attorney for debtor              MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number     Street

_____
City               State    ZIP Code

_____
Contact phone           Email address

_____
Bar number          State

**Fill in this information to identify the case:**

Debtor name _1309 Bergenline LLC_

United States Bankruptcy Court for the: _____ District of _NJ_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's
   interest

2. **Cash on hand**
   $ _____ __ __

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ___ | $ _____ |
   | 3.2. _____ | _____ | ___ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

   | | |
   |---|---|
   | 4.1. _____ | $ _____ |
   | 4.2. _____ | $ _____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.
   $ _0_

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of
   debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. _____ | $ _____ |
   | 7.2. _____ | $ _____ |

Debtor __1309 BERGENLINE, LLC__ 
_____
Name

Case number (if known)_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $ _N/A_____

8.2._____  $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                    $ _0_____

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                                Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less:   _____ – _____ = ........➔   $ _N/A_____
                              face amount      doubtful or uncollectible accounts

11b. Over 90 days old:      _____ – _____ = ........➔   $ _____
                              face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $ _0_____

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

                                         Valuation method              Current value of debtor's
                                         used for current value        interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _N/A_____               $ _____

14.2._____   _____               $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1._____   _____%               $ _____

15.2._____   _____%               $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____               $ _____

16.2._____   _____               $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                             $ _0_____

Debtor _Bob BERGENLINE LLC_____   Case number (if known) _____
    Name

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | | $ _N/A_____ |
| 20. **Work in progress** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ___ MM / DD / YYYY | $_____ | | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ _0_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 3

Debtor _1309 BEDGENLINE_____ Case number (if known)_____
　　　　　Name

33. **Total of Part 6.**

　　Add lines 28 through 32. Copy the total to line 85.　　　　　　　　　　　$_____0_____

34. **Is the debtor a member of an agricultural cooperative?**

　　☑ No

　　☐ Yes. Is any of the debtor's property stored at the cooperative?

　　　　☐　No

　　　　☐　Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

　　☐ No

　　☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

　　☐ No

　　☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

　　☐ No

　　☐ Yes

**Part 7:**　**Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

　　☑ No. Go to Part 8.

　　☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

　　Add lines 39 through 42. Copy the total to line 86.　　　　　　　　　　$_____0_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

　　☐ No

　　☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

　　☐ No

　　☐ Yes

**Fill in this information to identify the case:**

Debtor name _1309 Bergenline_

United States Bankruptcy Court for the: _____ District of _NJ_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
ALPS INDUSTRIAL,

Creditor's mailing address
PO BOX 2411
LIVINGSTON NJ 07039

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
1309 Bergenline
Union City NJ 07039
Multi-dwelling

Describe the lien    TAX LIEN

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: 3,900,000.00  $unknown
Column B: $ 240,000

**2.2** Creditor's name
TAX

Creditor's mailing address
36-42 NEWARK ST #20
HOBOKEN NJ 07030

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
1309 BERGEN AVE
UNION CITY NJ 07039
MULTI-dwelling

Describe the lien    TAX LIEN / TITLE Co.

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: 30,200  $ _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                                    $ _____

Debtor _Name_ 1304 Boergerline _____   Case number _(if known)_ _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__ Creditor's name**

Hudson County Sheriff

**Creditor's mailing address**

595 Newark Ave

Jersey City NJ 07307

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Multi dwelling
1304 Bergerline
F 0118 1117/ L000125-16

$_____   $_____

**Describe the lien** lis

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__ Creditor's name**

United Bridge Capital LLC

**Creditor's mailing address**

110 Tower 54 (?) #2300

Ft Lauderdale Fl 33301

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Multi dwelling 6 ft
(3) 1 Bsmt 2 others

$ 245,000.00   $ 245,000.00

**Describe the lien** _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Fill in this information to identify the case:**

Debtor _1304 Bergenline, LLC_

United States Bankruptcy Court for the: _____ District of _NJ_
(State)

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $_____
Priority amount $_____

**2.2** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____
$_____

**2.3** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____
$_____

Debtor **1309 BERGENLINE , LLC**
Name

Case number *(if known)* _____

---

| **Part 1.** | **Additional Page** |

---

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim     Priority amount

**2.__** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:     $_____     $_____
*Check all that apply.*
_____   ☐ Contingent
_____   ☐ Unliquidated
_____   ☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
_____   _____

**Last 4 digits of account number** ___ ___ ___ ___     **Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**2.__** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:     $_____     $_____
*Check all that apply.*
_____   ☐ Contingent
_____   ☐ Unliquidated
_____   ☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
_____   _____

**Last 4 digits of account number** ___ ___ ___ ___     **Is the claim subject to offset?**
☐ No
**Specify Code subsection of PRIORITY unsecured**   ☐ Yes
**claim: 11 U.S.C. § 507(a) (____)**

**2.__** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:     $_____     $_____
*Check all that apply.*
_____   ☐ Contingent
_____   ☐ Unliquidated
_____   ☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
_____   _____

**Last 4 digits of account number** ___ ___ ___ ___     **Is the claim subject to offset?**
☐ No
**Specify Code subsection of PRIORITY unsecured**   ☐ Yes
**claim: 11 U.S.C. § 507(a) (____)**

**2.__** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:     $_____     $_____
*Check all that apply.*
_____   ☐ Contingent
_____   ☐ Unliquidated
_____   ☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:**
_____   _____

**Last 4 digits of account number** ___ ___ ___ ___     **Is the claim subject to offset?**
☐ No
**Specify Code subsection of PRIORITY unsecured**   ☐ Yes
**claim: 11 U.S.C. § 507(a) (____)**

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor _____1309 Bergenline, LLC_____     Case number (if known) _____
                Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

Superior Court Hudson County

595 Newark Ave

Jersey City NJ

As of the petition filing date, the claim is:   $ ___0___
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: F0118 1117 / C000125-16

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

PSE&G Attn: Bankruptcy

1800 Bergenline Ave

Union City NJ 07087

As of the petition filing date, the claim is:   $ ___100.00___
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility. Business is insolvent

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:   $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:   $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:   $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:   $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor  _1309 Bougainvillea, LLC_ _____    Case number (if known)_____
      Name

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

                                                     **Total of claim amounts**

5a. **Total claims from Part 1**                      5a.    $_____

5b. **Total claims from Part 2**                      5b.  **+**  $_____

5c. **Total of Parts 1 and 2**
     Lines 5a + 5b = 5c.                    5c.    $ _60,100.—_

**Fill in this information to identify the case:**

Debtor name _____*1309 Bergenline LLC*_____

United States Bankruptcy Court for the: _____ District of _____
                                                                        (State)

Case number (If known): _____    Chapter _____

☐ Check if this is an
    amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest |
| | State the term remaining |
| | List the contract number of any government contract |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest |
| | State the term remaining |
| | List the contract number of any government contract |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest |
| | State the term remaining |
| | List the contract number of any government contract |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest |
| | State the term remaining |
| | List the contract number of any government contract |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest |
| | State the term remaining |
| | List the contract number of any government contract |

**Fill in this information to identify the case:**

Debtor name _1309 Berejecleie LLC_

United States Bankruptcy Court for the: _____ District of _____
                                                                        (State)

Case number (If known): _____

☐ Check if this is an
  amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 1/1/17<br>MM/DD/YYYY  to  Filing date | ☑ Operating a business<br>☐ Other  _0_ | $ _____ |
   | **For prior year:** | From 1/1/16<br>MM/DD/YYYY  to  12/1/16<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other  _0_ | $ _____ |
   | **For the year before that:** | From 1/1/15<br>MM/DD/YYYY  to  12/1/15<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other  _800.00_ | $ _____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____<br>MM/DD/YYYY  to  Filing date | _____ | $ _____ |
   | **For prior year:** | From _____<br>MM/DD/YYYY  to  _____<br>MM/DD/YYYY | _____ | $ _____ |
   | **For the year before that:** | From _____<br>MM/DD/YYYY  to  _____<br>MM/DD/YYYY | _____ | $ _____ |

Debtor  **1309 Beerylin LLC**
_____
Name

Case number (if known)_____

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City            State      ZIP Code | _____<br>_____<br><br>_____ | $_____ | ☐  Secured debt<br>☐  Unsecured loan repayments<br>☐  Suppliers or vendors<br>☐  Services<br>☐  Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City            State      ZIP Code | _____<br>_____<br><br>_____ | $_____ | ☐  Secured debt<br>☐  Unsecured loan repayments<br>☐  Suppliers or vendors<br>☐  Services<br>☐  Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City            State      ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br><br>_____ | $_____ | _____<br>_____<br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City            State      ZIP Code<br><br>**Relationship to debtor**<br>_____ | | $_____ | _____<br>_____<br>_____ |

---

Debtor _____1309 Bergenline, LLC_____    Case number (if known)_____
       Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Creditor's name _____ | _____ | _____ | $_____ |
| Street _____ | _____ | | |
| _____ | _____ | | |
| City          State     ZIP Code | | | |
| 5.2. Creditor's name _____ | _____ | _____ | $_____ |
| Street _____ | _____ | | |
| _____ | _____ | | |
| City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name _____ | _____ | _____ | $_____ |
| Street _____ | _____ | | |
| _____ | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX– _ _ _ _ | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____ | _____ | Name _____ | ☐ Pending |
| Case number _____ | | Street _____ | ☐ On appeal |
| | | _____ | ☐ Concluded |
| | | City          State     ZIP Code | |
| 7.2. Case title _____ | | Court or agency's name and address | ☐ Pending |
| Case number _____ | | Name _____ | ☐ On appeal |
| | | Street _____ | ☐ Concluded |
| | | _____ | |
| | | City          State     ZIP Code | |

Debtor  1309  Brigalline LLC
Name

Case number (if known) _____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____ | _____ | $ _____ |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | Street | | From _____ | To _____ |
| | City          State     ZIP Code | | | |
| 14.2. | Street | | From _____ | To _____ |
| | City          State     ZIP Code | | | |

Debtor _1309_ _Benjelica LLC_ _____        Case number (if known) _____
     Name

---

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.   Facility name _____

Street _____

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

City   State   ZIP Code

*Check all that apply:*

☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.   Facility name _____

Street _____

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

City   State   ZIP Code

*Check all that apply:*

☐ Electronically
☐ Paper

---

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan

_____

Employer identification number of the plan

EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No
☐ Yes

---

Debtor _Indy Bergundine LLC_____        Case number (if known)_____
　　　　Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | Case number | Name |
| City          State          ZIP Code | | Street |
| | Date of order or assignment | City          State          ZIP Code |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| Tenants Damage City Code (bldg) Revised | 0 | | $3,000.00 |

Official Form 207                   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   page 4

Debtor  139 *Bergiline LLC*
_____
Name

Case number (if known)_____

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | | $_____ |
| | **Address** | _____ | _____ | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | | $_____ |
| | **Address** | _____ | _____ | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | _____ | | |

Debtor  _1309 BERGENLNE, LLC_
        Name

Case number (if known) _____

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name<br>Street<br>City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name<br>Street<br>City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City  State  ZIP Code | _____<br>_____<br>Address<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City  State  ZIP Code | _____<br>_____<br>Address<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 8

Debtor _1309 Bergolin LLC_____    Case number (if known)_____
       Name

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | _____ | _____ | $_____ |
| Street | _____ | _____ | |
| City    State    ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| Case number | Street _____ | _____ | ☐ On appeal |
| _____ | City    State    ZIP Code | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 9

Debtor   _Name_ *1309 Borgyline LLC*   Case number *(if known)* _____

24. Has the debtor notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. Other businesses in which the debtor has or has had an interest
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Name
Street
City        State        ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __
Dates business existed
From _____  To _____ |
| 25.2. Name
Street
City        State        ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __
Dates business existed
From _____  To _____ |
| 25.3. Name
Street
City        State        ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __
Dates business existed
From _____  To _____ |

Debtor    *1307 Bergline, LLC*    Case number *(if known)*_____
_____
Name

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| **Name and address** | | | **Dates of service** |
|---|---|---|---|
| 26a.1. | | | From _____ To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

| **Name and address** | | | **Dates of service** |
|---|---|---|---|
| 26a.2. | | | From _____ To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| **Name and address** | | | **Dates of service** |
|---|---|---|---|
| 26b.1. | | | From _____ To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

| **Name and address** | | | **Dates of service** |
|---|---|---|---|
| 26b.2. | | | From _____ To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| **Name and address** | | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|
| 26c.1. | | | |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

Debtor _1309 Belequline 1 LLC_
Name

Case number (if known)_____

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name | |
| | Street | |
| | City                State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

|  | Name and address |
|---|---|
| 26d.1. | Name |
| | Street |
| | City                State        ZIP Code |
| 26d.2. | Name |
| | Street |
| | City                State        ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

|  | |
|---|---|
| 27.1. | Name |
| | Street |
| | City                State        ZIP Code |

Debtor    *1309 Bargain LLC*    Case number (if known) _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.2.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name _____ | _____ | _____ | _____ |
| Street _____ | | _____ | |
| _____ | | _____ | |
| City _____ State _____ ZIP Code _____ | | | |
| Relationship to debtor _____ | | _____ | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 13

Debtor      *1309 Berquline , LLC*
                Name

Case number *(if known)* _____

**Name and address of recipient**

30.2
_____        _____  _____  _____
Name
                                                         _____
_____
Street                                                   _____

_____
                                                         _____
City                    State        ZIP Code
                                                         _____
**Relationship to debtor**

_____        _____

---

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:**    **Signature and Declaration**

---

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                MM  /  DD  / YYYY

✗ _____        Printed name  *DANIEL VARGA*
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

**Fill in this information to identify the case:**

Debtor name _____1309 Bergline_____

United States Bankruptcy Court for the: _____ District of __NJ__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:   Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................ $ 240,000

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................ $ 2,500

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................... $ 242,500

---

**Part 2:   Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............ $ 240,000.—

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............... $ 60,100.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........... + $ 0

4. **Total liabilities**........................................................................
   Lines 2 + 3a + 3b

   $ 300,100.—

---

**Fill in this information to identify the case and this filing:**

Debtor Name _1304 Bergudne_

United States Bankruptcy Court for the: _____   District of _NJ_
                                                             (State)
Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☑ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended *Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration _B119_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _06|15|2017_          ✗ _____
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                        _____
                                        Printed name

                                        _____
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor 1   1309 Bergenline LLC
_____
First Name        Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name         Last Name

United States Bankruptcy Court for the: District of New Jersey   [ ▼ ]

Case number
(If known)   _____   Chapter _____

---

Official Form 119

# Bankruptcy Petition Preparer's Notice, Declaration, and Signature    12/15

Bankruptcy petition preparers as defined in 11 U.S.C. § 110 must fill out this form every time they help prepare documents that are filed in the case. If more than one bankruptcy petition preparer helps with the documents, each must sign in Part 2.  A bankruptcy petition preparer who does not comply with the provisions of title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure may be fined, imprisoned, or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### Part 1:   Notice to Debtor

Bankruptcy petition preparers must give the debtor a copy of this form and have the debtor sign it before they prepare any documents for filing or accept any compensation. A signed copy of this form must be filed with any document prepared.

Bankruptcy petition preparers are not attorneys and may not practice law or give you legal advice, including the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether filing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to keep your home, car, or other property after filing a case under the Bankruptcy Code;
- what tax consequences may arise because a case is filed under the Bankruptcy Code;
- whether any tax claims may be discharged;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement;
- how to characterize the nature of your interests in property or your debts; or
- what procedures and rights apply in a bankruptcy case.

The bankruptcy petition preparer  Marie Roy _____ has notified me of
Name

any maximum allowable fee before preparing any document for filing or accepting any fee.

_____   Date 06/15/2015
Signature of Debtor 1 acknowledging receipt of this notice        MM / DD / YYYY

_____   Date _____
Signature of Debtor 2 acknowledging receipt of this notice        MM / DD / YYYY

Debtor 1    <u>1309 Bergenline LLC</u>
First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**Part 2:    Declaration and Signature of the Bankruptcy Petition Preparer**

---

Under penalty of perjury, I declare that:

- ■ I am a bankruptcy petition preparer or the officer, principal, responsible person, or partner of a bankruptcy petition preparer;

- ■ I or my firm prepared the documents listed below and gave the debtor a copy of them and the *Notice to Debtor by Bankruptcy Petition Preparer* as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and

- ■ if rules or guidelines are established according to 11 U.S.C. § 110(h) setting a maximum fee for services that bankruptcy petition preparers may charge, I or my firm notified the debtor of the maximum amount before preparing any document for filing or before accepting any fee from the debtor.

<u>Marie Roy</u>                                          <u>Apple Bankruptcy, LLC</u>
Printed name                    Title, if any              Firm name, if it applies

<u>583 West Shore Tr</u>
Number          Street

<u>Sparta</u>                    <u>NJ</u>    <u>07871</u>        <u>646-481-2252</u>
City                        State    ZIP Code          Contact phone

**I or my firm prepared the documents checked below and the completed declaration is made a part of each document that I check:**
*(Check all that apply.)*

- ☑ Voluntary Petition (Form 101)
- ☐ Statement About Your Social Security Numbers (Form 121)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum)
- ☑ Schedule A/B (Form 106A/B)
- ☑ Schedule C (Form 106C)
- ☑ Schedule D (Form 106D)
- ☑ Schedule E/F (Form 106E/F)
- ☑ Schedule G (Form 106G)
- ☑ Schedule H (Form 106H)

- ☑ Schedule I (Form 106I)
- ☑ Schedule J (Form 106J)
- ☑ Declaration About an Individual Debtor's Schedules (Form 106Dec)
- ☑ Statement of Financial Affairs (Form 107)
- ☐ Statement of Intention for Individuals Filing Under Chapter 7 (Form 108)
- ☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- ☑ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)
- ☐ Chapter 7 Means Test Calculation (Form 122A-2)

- ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Application to Pay Filing Fee in Installments (Form 103A)
- ☐ Application to Have Chapter 7 Filing Fee Waived (Form 103B)
- ☐ A list of names and addresses of all creditors (creditor or mailing matrix)
- ☐ Other _____

Bankruptcy petition preparers must sign and give their Social Security numbers. If more than one bankruptcy petition preparer prepared the documents to which this declaration applies, the signature and Social Security number of each preparer must be provided. 11 U.S.C. § 110.

_Marie Roy_ (signature) _____          4 7 4 - 0 8 - 2 9 9 0    Date _June 15 2017_
Signature of bankruptcy petition preparer or officer, principal, responsible    Social Security number of person who signed    MM / DD / YYYY
person, or partner

<u>Marie Roy</u>
Printed name

_____                              _____          Date _____
Signature of bankruptcy petition preparer or officer, principal, responsible    Social Security number of person who signed    MM / DD / YYYY
person, or partner

_____
Printed name